■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE EDMONDS, Appellant. [933 NYS2d 630]—

Said appeal having been argued by counsel for the respective parties; due deliberation having been had thereon, and finding the sentence not excessive,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.

■ 1840 CONCOURSE ASSOCIATES, LP, Appellant, v PRAETORIAN INSURANCE COMPANY, Formerly Known as INSURANCE CORPORATION OF HANNOVER, Respondent. [934 NYS2d 112]—

In this action for breach of contract based on a commercial property policy issued by defendant insurer to plaintiff property owner, defendant established its entitlement to judgment as a matter of law by showing that plaintiff commenced this action after expiration of the two-year limitations period contained in the policy (see Gilbert Frank Corp. v Federal Ins. Co., 70 NY2d 966, 967-968 [1988]). In opposition, plaintiff failed to raise a triable issue of fact as to whether the action was governed by the six-year statute of limitations set forth in CPLR 213 (id.). Moreover, plaintiff failed to raise a triable issue of fact as to waiver or estoppel (id.).

Because plaintiff's claim is barred by the applicable two-year statute of limitations, we decline to consider any remaining arguments. Concur—Tom, J.P., Saxe, Sweeney, Richter and Manzanet-Daniels, JJ.